

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois   60604

Thomas G. Bruton,                                                                                  Office of the Clerk
Clerk

5/18/2016

Re:        Regressive Films LLC v. Wax Trax! Films, LLC; et al
USDC No.        1:16-cv-05307

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received.   Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
Thomas G. Bruton Clerk

By:
Deputy Clerk