# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Regressive Films LLC

                        Plaintiff,

v.                                          Case No.: 1:16–cv–05307
                                            Honorable Joan B. Gottschall

Julia Nash, et al.

                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 13, 2016:

      MINUTE entry before the Honorable Joan B. Gottschall: Motion hearing held. Defendants' motion for second extension of time to answer or otherwise respond to plaintiff's complaint [17] is granted. Defendants shall answer or otherwise plead by 8/12/16. Status hearing set for 7/20/16 is stricken. This case is referred to Magistrate Judge Kim for the purposes of settlement. Judge Kim will set a status for settlement in a separate order. Status hearing in front of Judge Gottschall is set for 8/19/16 at 11:00 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.