**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Regressive Films LLC
         Plaintiff,

v.                  Case No.: 1:16−cv−05307
                  Honorable Joan B. Gottschall

Julia Nash, et al.
         Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to: settlement conference. (mjc, )Mailed notice.


Dated: July 13, 2016

                         /s/ Joan B. Gottschall

                         United States District Judge