**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Regressive Films LLC

                      Plaintiff,

v.                                                            Case No.: 1:16−cv−05307
                                                                 Honorable Joan B. Gottschall

Julia Nash, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 22, 2016:

      MINUTE entry before the Honorable Young B. Kim: Preliminary settlement discussion held by phone. An in−person settlement conference is scheduled for September 16, 2016, at 10:00 a.m. in courtroom 1019. If this date and time pose a scheduling conflict for those who are required to appear, parties are to contact the court by noon on July 25, 2016. If the settlement conference must be rescheduled, it will be rescheduled for October 11, 2016, at 10:00 a.m. Parties are ordered to review and follow the court's standing order on "Settlement Conferences" on its webpage. The individuals with the authority to settle this matter must appear in person. Plaintiff to provide a written settlement position to Defendants, with a copy to the court (proposed_order_kim@ilnd.uscourts.gov), by August 19, 2016. Defendants to respond in writing, with a copy to the court, by August 26, 2016. If the settlement position statements, along with exhibits, are more than 10 pages, parties must submit a hard copy by hand delivery or by mail. These settlement position statements are not to be filed with the clerk's office. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.