# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Regressive Films LLC

                Plaintiff,

v.

                Case No.: 1:16−cv−05307
                Honorable Joan B. Gottschall

Julia Nash, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 19, 2016:

       MINUTE entry before the Honorable Joan B. Gottschall: Status hearing set for 11/2/2016 at 9:30 a.m. If a stipulation to dismiss is filed prior to the next status hearing, no appearance will be necessary. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.